

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KTF/NEM/MWG

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 23, 2025

<u>By ECF</u>

The Honorable Vera M. Scanlon
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>United States v. Abdelhak, *et al*.</u>
     <u>Docket No. 25-MJ-211</u>

Dear Chief Magistrate Judge Scanlon:

  The government respectfully submits this letter to clarify the information provided in its letter to the Court dated June 16, 2025. <u>See</u> ECF No. 27. We now understand that the Court's clerk, in their correspondence with an agent on June 12th regarding what the agent described as a "cut off," simply intended to encourage the agents to bring the defendants to the courthouse as soon as practicable, and that Your Honor was available that day and presided over a proceeding after the courthouse reopened following the safety lockdown. We apologize that the June 16 letter conveyed otherwise regarding Your Honor's availability. In the future, should there be any confusion as to whether there is an earlier-than-usual cutoff time for an arrested defendant, we are committed to seeking clarification from the Court.

          Respectfully submitted,

          JOSEPH NOCELLA, JR.
          United States Attorney

     By:    /s/
          Kaitlin Farrell
          Nadia E. Moore
          Michael W. Gibaldi
          Assistant U.S. Attorneys
          (718) 254-6072/6362/6067/6106

cc: Clerk of Court (VMS) (by ECF)
   Counsel of Record (by ECF)